# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL STINE,<br><br>    Defendant. | 8:19CR126<br><br>ORDER |

This matter is before the court on the motion of First Assistant Federal Public Defender Jeffrey L. Thomas and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Michael Stine (Filing No. 27). Jeffrey L. Thomas represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Jeffrey L. Thomas's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 27) is granted.

Hugh P. Reefe, 1904 Farnam Street, Suite 700, Omaha, Nebraska 68102, (402) 346-0666, is appointed to represent Michael Stine for the balance of these proceedings pursuant to the Criminal Justice Act. Jeffrey L. Thomas shall forthwith provide Hugh P. Reefe with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to Mr. Stine's defense.

The clerk shall provide a copy of this order to Hugh P. Reefe, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge